DAWN BANTUM, Appellant, v AMERICAN STOCK EXCHANGE, LLC, et al., Respondents, et al., Defendants.

Submitted April 18, 2005; decided May 5, 2005

Motion by Eliot Spitzer, Attorney General of the State of New York, for leave to appear amicus curiae on the appeal herein granted to the extent that three copies of a brief may be served and 20 copies filed within seven days.

DAWN BANTUM, Appellant, v AMERICAN STOCK EXCHANGE, LLC, et al., Respondents, et al., Defendants.

Submitted May 2, 2005; decided May 5, 2005

Motion by New York Mercantile Exchange, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two additional copies of the brief may be served and 19 additional copies may be filed within seven days.